# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CATHERINE EDWARDS

VERSUS

AMERICA'S HOME PLACE, INC.

    CONSOLIDATED WITH

AMERICA'S HOME PLACE, INC.

VERSUS

CATHERINE EDWARDS

NO.  2020 CW 0022

**MAY 1 2 2020**

---

In Re:    Catherine Edwards, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 131673 c/w 135662.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                             **PMc**
                             **JEW**
                             **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT